**Dora L. ADKINS, Plaintiff–Appellant,**

v.

**K. JOCHEM, Police Officer from George Mason University Police Department; Emily Ross, Sergeant from George Mason University Police Department; J.U. Aguilar, Police Officer from George Mason University Police Department, Defendants–Appellees,**

**and**

**City of Fairfax–George Mason University Crimesolvers, Inc.; The Rectors and Visitors of George Mason University, University's Legal Counsel's Office, Defendants.**

No. 15–2448.

United States Court of Appeals, Fourth Circuit.

Submitted: March 29, 2016.

Decided: March 31, 2016.

Dora Adkins, Appellant Pro Se. David Garnett Drummey, George Mason University, Fairfax, Virginia, Matthew Robert McGuire, Office Of The Attorney General of Virginia, Richmond, Virginia, for Appellees.

Before GREGORY and DUNCAN, Circuit Judges, and DAVIS, Senior Circuit Judge.

Dismissed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Dora L. Adkins seeks to appeal the district court's order denying relief on her 42 U.S.C. § 1983 (2012) complaint. We have reviewed the record and find no reversible error. Accordingly, we deny leave to proceed in forma pauperis and dismiss the appeal for the reasons stated by the district court. *Adkins v. Jochem,* No. 1:15-cv-00879-JCC-MSN, 2015 WL 7012544 (E.D.Va. Nov. 10, 2015). We also deny Adkins' motion for leave to add citations and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED.*